UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILBERT PIERRE,

       Plaintiff,

v.                                 Case No:   2:14-cv-412-FtM-38CM

CHARLOTTE COUNTY SHERIFF'S
OFFICE, BILL CAMERON, WILLIAM
PRUMELL, 20TH JUDICIAL
CIRCUIT COURT and STATE OF
FLORIDA,

       Defendants.
_____/

## ORDER[1]

    This matter comes before the Court on *pro se* Plaintiff's Case Status (Doc. #11) filed on August 27, 2014. The Court construes the case status as a motion seeking the status of his case. Plaintiff specifically "inquires as to the case management conference and/or briefing schedule." (Doc. #11, at 1). Upon consideration, the Court grants the motion and provides the following status: (1) the Court is considering Plaintiff's Affidavit of Indigency construed as a motion for leave to proceed *in forma pauperis* (see Doc. #2); and (2) Plaintiff's case does not have a scheduled case management conference or

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

briefing schedule because this scheduling process will occur after the defendants are properly served (see M.D. Fla. Local Rule 3.05(c)(2)(B)).[2]

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion re Case Status (Doc. #11) is **GRANTED** in accordance with the above. The Clerk is directed to mail a copy of this Order to Plaintiff.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of September, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[2] M.D. Fla. Local Rule 3.05()(2)(B) states, "Counsel and any unrepresented party shall meet within 60 days after service of the complaint upon any defendant, or the first appearance of any defendant, regardless of the pendency of any undecided motions, for the purpose of preparing and filing a Case Management Report . . . The Case Management Report must be filed within 14 days after the meeting. Unless otherwise ordered by the Court, a party may not seek discovery from any source before the meeting."