UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILBERT PIERRE,

          Plaintiff,

v.                                  Case No:   2:14-cv-412-FtM-38CM

CHARLOTTE COUNTY SHERIFF'S
OFFICE, BILL CAMERON, WILLIAM
PRUMELL, 20TH JUDICIAL
CIRCUIT COURT and STATE OF
FLORIDA,

          Defendants.
_____/

## ORDER[1]

      This matter comes before the Court on review of the docket. Due to *pro se* Plaintiff Wilbert Pierre's failure to timely file an amended complaint, request additional time to file an amended complaint, and respond to the Court's orders to show cause, this matter was dismissed without prejudice. (See Doc. #13; Doc. #14; Doc. #16; Doc. #17). In addition, judgment was entered on February 4, 2015. (Doc. #18). Thereafter, without asking the court for permission to file out of time, Pierre filed another complaint on February 27, 2015. (Doc. #19). The February 27, 2015, complaint is a mirror image of the first complaint.   Pierre failed to follow the Court's instructions regarding the filing of the Amended Complaint.   Since this case is closed and judgment has been entered, the

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Court will strike and return Pierre's latest and untimely complaint pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. Nonetheless, Pierre may initiate a new action by filing a new complaint in a separate and distinct action, if Pierre deems it is appropriate. Pierre will need to either pay the filing fee or file a Motion to Proceed In Forma Pauperis.

Accordingly, it is now

**ORDERED:**

The Clerk is directed to strike and return Plaintiff Wilbert Pierre's complaint (Doc. #19). In addition, the Clerk is directed to immediately mail a copy of this Order to Plaintiff Wilbert Pierre at the return address listed on the envelope.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record